■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. COX, Appellant. [974 NYS2d 829]—Appeal from a judgment of the Monroe County Court (Melchor E. Castro, A.J.), rendered October 29, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the fourth degree (Penal Law § 220.09 [1]). Defendant's contention regarding the voluntariness of his plea is not preserved for our review because he did not move to withdraw his plea or to vacate the judgment of conviction on that ground (*see People v Rosado*, 70 AD3d 1315, 1316 [2010], *lv denied* 14 NY3d 892 [2010]). In any event, the record demonstrates that defendant's plea was knowing, voluntary and intelligent (*see People v Seeber*, 4 NY3d 780, 781-782 [2005]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL L. RODRIGUEZ, Appellant. [974 NYS2d 829]—Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered August 13, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree and robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of burglary in the first degree (Penal Law § 140.30 [2]) and robbery in the second degree (§ 160.10 [1]). Contrary to defendant's contention, we conclude that he knowingly, intelligently and voluntarily waived his right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Kemp*, 94 NY2d 831, 833 [1999]). The challenge by defendant to County Court's suppression ruling is encompassed by that valid waiver of the right to appeal (*see Kemp*, 94 NY2d at 833; *People v Goossens*, 92 AD3d 1282, 1283 [2012], *lv denied* 19 NY3d 960 [2012]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.